UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN WELSH,<br>        Plaintiff | )<br>)<br>) |
| VS. | )   C. A. NO: |
| BALLYMEADE COUNTRY CLUB, INC. and<br>NEW FALMOUTH WOODS, LLC,<br>        Defendants | )<br>)<br>)<br>)<br>) |

## COMPLAINT AND JURY DEMAND

1. The Plaintiff, Brian Welsh, is an individual residing at 156 Fennimore Road, Mamaroneck, New York, 10543.

2. The Defendant, Ballymeade Country Club, Inc., is a corporation duly organized under the Commonwealth of Massachusetts, with its principal office located at 316 Gifford Street, Falmouth, Massachusetts, 02540.

3. The Defendant, New Falmouth Woods, LLC, is a limited liability company duly organized under the Commonwealth of Massachusetts, with its principal office located at 125 Falmouth Woods Road, East Falmouth, Massachusetts, 02536. Its Resident Agent for service of process is Jacqueline Shaevel of 125 Falmouth Woods Road, East Falmouth, Massachusetts, 02536.

4. The Defendants own, control, and maintain the property located at 125 Falmouth Woods Road, East Falmouth, Massachusetts, 02536.

5. On or about June 29, 2010, at approximately 8:15 a.m., the Plaintiff was lawfully on the Defendants' premises. Despite exercising great care, the Plaintiff was injured when his golf cart tipped over, pinning him to the ground.

6. As a direct and proximate result of the negligence of the Defendants in owning, controlling, and maintaining the premises and the golf cart, the Plaintiff suffered severe personal injury, incurred medical expenses, lost wages, and disability.

7. Due to complete diversity of citizenship existing between the parties, and that the amount in controversy in this case exceeds $75,000.00, jurisdiction is proper pursuant to 28 U.S.C. § 1332.

COUNT 1
Welsh v. Ballymeade Country Club, Inc.

8. The Plaintiff repeats and realleges Paragraphs 1 through 7 as if specifically set forth herein.

WHEREFORE, the Plaintiff demands judgment against the Defendant, Ballymeade County Club, Inc., in an amount deemed reasonable by the Court including interest from the date of accident.

COUNT 2
Welsh v. New Falmouth Woods, LLC

9. The Plaintiff repeats and realleges Paragraphs 1 through 8 as if specifically set forth herein.

WHEREFORE, the Plaintiff demands judgment against the Defendant, New Falmouth Woods, LLC, in an amount deemed reasonable by the Court including interest from the date of accident.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Dated:  September 8, 2010                   Respectfully submitted,
                                            BRIAN WELSH
                                            By his Attorney,

                                            */s/ Mark R. Karsner*
                                            _____
                                            Mark R. Karsner, BBO# 260380
                                            mrk@karsnermeehan.com
                                            KARSNER & MEEHAN, P.C.
                                            128 Dean Street
                                            Taunton, MA 02780
                                            (508) 822-6600